FILED

8/30/2021

Clerk, U.S. District Court
District of Montana
Great Falls Division

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| UNITED STATES OF AMERICA, Plaintiff, vs. JAKE D. JEFFRYES, Defendant. | VIOLATION: 9711710 Location Code: M13 ORDER |
|---|---|

Based upon the United States' motion to accept the defendant's payment of a $40 fine and $30 processing fee for violation 9711710 (for a total of $70), and for good cause shown, IT IS ORDERED that the $70 fine paid by the defendant is accepted as a full adjudication of violation 9711710.

IT IS FURTHER ORDERED that the initial appearance scheduled for September 24, 2021, is VACATED.

DATED this 30th day of August, 2021.

_____
John Johnston
United States Magistrate Judge